UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR-04-77-B-W |
| | ) | |
| DARRELL DOLLIVER, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON APPEAL OF MAGISTRATE JUDGE'S DECISION AND ON
DEFENDANT'S SECOND MOTION TO APPOINT COUNSEL**

On March 28, 2008, before filing a motion under § 2255, Darrell Dolliver moved for appointment of counsel. *Mot. to Appoint Counsel* (Docket # 118). Magistrate Judge Margaret Kravchuk ruled on April 3, 2008, stating that "[t]here is no automatic right to an attorney in anticipation of Section 2255 proceedings." *Order* (Docket # 119). The Magistrate Judge also directed the clerk's office to forward the appropriate § 2255 forms to Mr. Dolliver, stating that after the Court receives the completed forms it will consider a motion for counsel. *Id.* Mr. Dolliver appeals the Magistrate's decision and makes a second motion to appoint counsel. *Notice of Appeal* (Docket # 121); *Second Mot. to Appoint Counsel* (Docket # 120).

When a petitioner seeks relief under § 2255, a United States magistrate judge may appoint counsel when she "determines that the interests of justice so require." 18 U.S.C. § 3006A(a)(2)(B). In non-capital § 2255 cases such as this one, judges have the discretion to appoint counsel "at any stage of the proceeding." Rule 8(c) of the Rules Governing § 2255 Proceedings for the United States District Courts. Here, the Magistrate Judge ruled that Mr. Dolliver must file his § 2255 petition so that the Court can decide whether such appointment is required in "the interests of justice."

Once the completed petition is filed, the Court may again rule on whether Mr. Dolliver's case fits the very rare situation which requires appointment of counsel. *Fernandez-Malave v. United States*, 502 F. Supp. 2d 234, 241 (D.P.R. 2007) ("Situations where the appointment of counsel for a § 2255 petitioner is appropriate are very rare, and such appointment is typically reserved for truly complex and legally subtle cases.") (citing *United States v. Mala,* 7 F.3d 1058, 1063-64 (1st Cir. 1993)); *United States v. Garcia-Rodriguez*, No. 99-1967, 2000 U.S. App. LEXIS 19648, at *2-4 (1st Cir. May 19, 2000); Charles Alan Wright *et al.*, 3B Federal Practice & Procedure § 735 (updated 2008) (regarding § 2255 motions, stating that "[a] court need only appoint counsel if it holds an evidentiary hearing or if it determines that the interests of justice so require").

The Court AFFIRMS the Magistrate Judge's Order (Docket # 119) and DISMISSES WITHOUT PREJUDICE Mr. Dolliver's second motion to appoint counsel (Docket # 120).

SO ORDERED.


/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 28nd day of April, 2008

2